ADRIENNE C. PUBLICOVER  (SBN 161432)
DENNIS J. RHODES  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
THE LIFE INSURANCE COMPANY
OF NORTH AMERICA; THE INDUS
INTERNATIONAL, INC. LONG TERM
DISABILITY PLAN; THE VENTYX, INC.
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ZGONC, | ) Case No.: |
| Plaintiff, | ) |
| | ) **DEFENDANT LIFE INSURANCE** |
| v. | ) **COMPANY OF NORTH AMERICA'S** |
| | ) **CERTIFICATION OF INTERESTED** |
| | ) **ENTITIES OR PERSONS** |
| THE LIFE INSURANCE COMPANY OF | ) **[Civil L.R. 3-16]** |
| NORTH AMERICA; THE INDUS | ) |
| INTERNATIONAL, INC. LONG TERM | ) |
| DISABILITY PLAN; THE VENTYX, INC. | ) |
| LONG TERM DISABILITY PLAN; and DOES 1 | ) |
| through 20, inclusive, | ) |
| Defendants. | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

associations of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of this proceeding:

---

1

**DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

317029.1

1      Connecticut General Corporation, a Connecticut corporation, is the parent company of

2 defendant Life Insurance Company of North America.   Connecticut General Corporation is a

3 wholly-owned subsidiary of CIGNA Holdings, Inc., which is a Delaware corporation.   CIGNA

4 Holdings, Inc. is a wholly-owned subsidiary of CIGNA Corporation, which is a Delaware

5 corporation.

6

7 Date: December 14, 2007                            WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

8

9                        By:_____

10                             ADRIENNE C. PUBLICOVER
                            DENNIS J. RHODES

11                             Attorneys for Defendants
                            THE LIFE INSURANCE COMPANY

12                             OF NORTH AMERICA; THE INDUS
                            INTERNATIONAL, INC. LONG TERM

13                             DISABILITY PLAN; THE VENTYX, INC.
                            LONG TERM DISABILITY PLAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

317029.1

**CERTIFICATE OF SERVICE**
*Valerie Zgonc v. The Life Insurance Company of North America, et al.*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→      : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

       : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

       : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

       : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel:   (415) 433-8000
Fax:   (415) 433-4816

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 14, 2007**, at San Francisco, California.

_____
Nancy Li

**DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

317029.1