ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
THE LIFE INSURANCE COMPANY
OF NORTH AMERICA; THE INDUS
INTERNATIONAL, INC. LONG TERM
DISABILITY PLAN; THE VENTYX, INC.
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ZGONC,<br><br>    Plaintiff,<br><br>v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA; THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN; THE VENTYX, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.:   CV07-06359 JL<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>[Civil L.R. 6-1(a)]<br><br>Honorable James Larson |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, through their attorneys of record, pursuant to Local Rule 6.1(a), as follows:

    1.    The response of defendant The Life Insurance Company of North America ("LINA"), to plaintiff Valerie Zgonc's Complaint, removed to this court on December 14, 2007, currently is due on or before December 19, 2007; and

---

1

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
USDC NDCA Case #CV07-06359 JL
317701.1

2. The parties have agreed that defendant LINA shall have an extension until and including January 8, 2008 to answer or otherwise respond to the Complaint herein.

**IT IS SO STIPULATED.**

Date: December_____, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for Defendants
THE LIFE INSURANCE COMPANY
OF NORTH AMERICA; THE INDUS
INTERNATIONAL, INC. LONG TERM
DISABILITY PLAN; THE VENTYX, INC.
LONG TERM DISABILITY PLAN

Date: December 20, 2007

PILLSBURY & LEVINSON, LLP

By: _____
Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
Attorneys for Plaintiff
VALERIE ZGONC

2
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-06359 JL
317701.1

**CERTIFICATE OF SERVICE**
*Valerie Zgonc v. The Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06359 JL*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following documents (Exhibit A):

**STIPULATION EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel:    (415) 433-8000
Fax:    (415) 433-4816

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 21, 2007**, at San Francisco, California.

_____
Nancy Li

---
3
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-06359 JL
317701.1