```
Terrence J. Coleman    (State Bar No. 172183)
Brian H. Kim (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail:  tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
```

Attorneys for Plaintiff,
VALERIE ZGONC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ZGONC,<br><br>    Plaintiff,<br><br>v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA; THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN; THE VENTYX, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  CV 07-06359 JL<br><br>**PLAINTIFF VALERIE ZGONC'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>**[Civil L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, to Plaintiff's knowledge there are no interested entities or parties to report in this case other than the named parties.

DATED: January 3, 2008

PILLSBURY & LEVINSON, LLP

By:     /s/
Brian H. Kim, Esq.
Attorneys for Plaintiff,
VALERIE ZGONC

---

PLAINTIFF'S CERTIFICATION OF INTERETSTED
PARTIES OR ENTITIES

Case No. CV 07-06359 JL

1