Terrence J. Coleman    (State Bar No. 172183)
Brian H. Kim (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail:  tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff,
VALERIE ZGONC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ZGONC,<br><br>                Plaintiff,<br><br>v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA; THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN; THE VENTYX, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.  CV 07-06359 JL<br><br>**PLAINTIFF VALERIE ZGONC'S DEMAND FOR TRIAL BY JURY** |

Plaintiff Elizabeth E. Edwards hereby demands a trial by jury on all issues in this action in accordance with the Federal Rules of Civil Procedure.

DATED:  January 3, 2008                    PILLSBURY & LEVINSON, LLP

                              By:     _____/s/_____
                                   Brian H. Kim, Esq.
                                   Attorneys for Plaintiff,
                                   VALERIE ZGONC

1

PLAINTIFF'S DEMAND FOR TRIAL BY JURY                    Case No. CV 07-06359 JL