**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                          415.522.2000

**March 5, 2008**

CASE NUMBER:  CV 07-06359 JL
CASE TITLE:  VALERIE ZGONC-v-LIFE INS. CO. OF NORTH AMERICA

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/5/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                  Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                   Entered in Computer 3/5/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA