IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE ZGONC
    Plaintiff(s)

v.

THE LIFE INSURANCE COMPANY OF AMERICA, et al.
    Defendants(s)

No. CV 07-06359 CW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. (Parties may stipulate to the assignment of a particular Magistrate Judge _____).

    (insert name of Magistrate Judge)

Dated: _____    _____
    Attorney for Plaintiff(s)

Dated: _____    _____
    Attorney for Defendant(s)

**DECLINATION**

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: 3/31/08    _[signature]_
    Attorney for Plaintiff(s)

Dated: _____    _____
    Attorney for Defendant(s)