POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br>TERRENCE J. COLEMAN, ESQ. SBN-172183 <br>PILLSBURY & LEVINSON, LLP <br>600 MONTGOMERY STREET, 31ST FLOOR <br>SAN FRANCISCO, CA 94111 <br>TELEPHONE NO.: 415-433-8000  FAX NO. (Optional): <br>E-MAIL ADDRESS (Optional): <br>ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCSICO <br>STREET ADDRESS: 400 MCALLISTER STREET <br>MAILING ADDRESS: <br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 <br>BRANCH NAME: |
|---|

| PLAINTIFF/PETITIONER: VALERIE ZGONC | CASE NUMBER: <br>CGC07-469133 |
|---|---|
| DEFENDANT/RESPONDENT: THE LIFE INSURANCE COMPANY OF NORTH A | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. <br>09282 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-Complaint
   f. ☑ Other *(specify documents)*: FIRST AMENDED COMPLAINT; NOTICE TO PLAINTIFF

3. a. Party served *(specify name of party as shown on documents served)*:
      THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      CT CORPORATION BY SERVING MARGARET WILSON - PROCESS SPECIALIST

4. Address where the party was served:
   818 WEST 7TH STREET LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 11-27-07  (2) at *(time)*: 12:27PM
   b. ☐ by substituted service. On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br>Judicial Council of California <br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: VALERIE ZGONC | CASE NUMBER: |
| DEFENDANT/RESPONDENT: THE LIFE INSURANCE COMPANY OF NORTH A | CGC07-469133 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                  (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
  a. Name: JORGE RIVERA
  b. Address: P.O. BOX 861057, LOS ANGELES, CALIFORNIA 90086-1057
  c. Telephone number: (800) 994-5454
  d. The fee for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 4690
      (iii) County: LOS ANGELES

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: November 28, 2007

JORGE RIVERA                            ▶         *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)