POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TERRENCE J. COLEMAN  SBN-172183<br>PILLSBURY & LEVINSON, LLP<br>600 MONTGOMERY STREET, 31ST FLOOR<br>SAN FRANCISCO, CA 94111<br>TELEPHONE NO.: 415-433-8000    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: VALERIE ZGONC

DEFENDANT/RESPONDENT: THE LIFE INSURANCE COMPANY OF NORTH A

| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER:<br>CGC07-469133 |
|---|---|
| | Ref. No. or File No.:<br>09396 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] Summons
   b. [✓] Complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [✓] Other *(specify documents):* NOTICE TO PLAINTIFF; FIRST AMENDED COMPLAINT

3. a. Party served *(specify name of party as shown on documents served):*
      THE LIFE INSURANCE COMPANY OF NORTH AMERICA
   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      VIVIAN IMPERIAL - PROCESS SPECIALIST AUTHORIZED TO ACCEPT

4. Address where the party was served:
   818 WEST 7TH STREET, LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 12-05-07    (2) at *(time):* 2:40PM
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: VALERIE ZGONC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE LIFE INSURANCE COMPANY OF NORTH A | CGC07-469133 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:            (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: THE LIFE INSURANCE COMPANY OF NORTH AMERICA
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
  a. Name: MICHAEL LEE SMITH
  b. Address: P.O. BOX 861057, LOS ANGELES, CALIFORNIA 90086-1057
  c. Telephone number: (800) 994-5454
  d. The fee for service was: $
  e. I am
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (I) ☐ owner ☐ employee ☑ independent contractor.
      (II) Registration No.: 5159
      (III) County: LOS ANGELES

8. ☑ **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: December 6, 2007

MICHAEL LEE SMITH                                    /s/ Michael Lee Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)