1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Defendants
6  THE LIFE INSURANCE COMPANY
   OF NORTH AMERICA; THE INDUS
7  INTERNATIONAL, INC. LONG TERM
   DISABILITY PLAN; THE VENTYX, INC.
8  LONG TERM DISABILITY PLAN

9
    TERRENCE J. COLEMAN  (SBN 172183)
10  BRIAN H. KIM  (SBN 215492)
    PILLSBURY & LEVINSON, LLP
11  The Transamerica Pyramid
    600 Montgomery Street, 31st Floor
12  San Francisco, California 94111
    Telephone:     (415) 433-8000
13  Facsimile:     (415) 433-4816

14  Attorneys for Plaintiff
    VALERIE ZGONC
15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18

19  VALERIE ZGONC,                          )  Case No.:     CV07-06359 CW
                                            )
20          Plaintiff,                      )  **ORDER GRANTING STIPULATION TO**
                                            )  **CONTINUE PRETRIAL AND HEARING**
21      v.                                  )  **DATES FOR ONE WEEK PENDING**
                                            )  **OUTCOME OF SETTLEMENT**
22  THE LIFE INSURANCE COMPANY OF           )  **NEGOTIATIONS**
    NORTH AMERICA; THE INDUS                )
23  INTERNATIONAL, INC. LONG TERM           )
    DISABILITY PLAN; THE VENTYX, INC.       )
24  LONG TERM DISABILITY PLAN; and DOES     )  Honorable Claudia Wilken
    1 through 20, inclusive,                )
25                                          )
            Defendants.                     )
26  _____)

27

28
    **STIPULATION TO CONTINUE PRETRIAL AND HEARING DATES FOR ONE WEEK**
    **PENDING OUTCOME OF SETTLEMENT NEGOTIATIONS**
    USDC NDCA Case #CV07-06359 CW
    367778.1

1  The parties, The Life Insurance Company of North America ("LINA"), The Indus Internationa, Inc. Long Term Disability plan and The Ventyx, Inc. Long Term Disability Plan (collectively referred herein as "defendants") and plaintiff Valerie Zgonc, by and through their counsel of record hereby stipulate and request that the Court continue the existing pretrial and hearing dates by one week's time for good cause as follows:

On Thursday, July 31, 2008, the parties engaged in voluntary private mediation with Michael Loeb, Esq. of JAMS. The session ended with a proposal for settlement that the parties are considering. The parties have until Tuesday, August 5, 2008, to either accept or reject the proposal.

The current schedule requires plaintiff to submit her opening brief on Thursday August 7, 2008, with defendants' response due two weeks thereafter. The hearing is set for September 18, 2005. The parties wish not to incur additional fees and costs associated with briefing the matter for the Rule 52 hearing if the matter successfully resolves by the close of business on Tuesday, August 5, 2008. Therefore, to conserve litigation and judicial resources that would not be necessary if the matter settles: the parties hereby stipulate that the existing pretrial and hearing dates be continued for one week as follows:

- Plaintiff's opening brief due by August 14, 2008;
- Defendants' opposition due by August 28, 2008;
- Plaintiff's reply due by September 4, 2008;
- Defendant's sur- reply due by September 11, 2008;
- Motion hearing: September 25, 2008.

SO STIPULATED:

Date: August 1, 2008          WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                              By:   /s/ *Dennis J. Rhodes*
                                    Adrienne C. Publicover
                                    Dennis J. Rhodes
                                    Attorneys for Defendants
                                    THE LIFE INSURANCE COMPANY OF NORTH
                                    AMERICA; THE INDUS INTERNATIONAL, INC.
                                    LONG TERM DISABILITY PLAN; THE VENTYX,
                                    INC. LONG TERM DISABILITY PLAN

---

1
**STIPULATION TO CONTINUE PRETRIAL DATES FOR ONE WEEK
PENDING OUTCOME OF SETTLEMENT NEGOTIATIONS**
USDC NDCA Case #CV07-06359 CW
367778.1

| | |
|---|---|
| Date: August 1, 2008 | PILLSBURY & LEVINSON, LLP |

By: */s/ Terrence J. Coleman*
Terrence J. Coleman
Brian H. Kim
Attorneys for Plaintiff
VALERIE ZGONC

## **ORDER:**

The Parties' stipulation for an order continuing the pretrial dates for one week pending the outcome of settlement negotiations came before this Court in due course. For Good Cause Appearing, the request is granted. The pretrial and hearing dates are continued for one week as follows:

Plaintiff's opening brief due by August 14, 2008;

Defendants' opposition **and any cross-motion** due by August 28, 2008;

Plaintiff's reply and **opposition to cross-motion** due by September 4, 2008;

Defendant's sur- reply due by September 11, 2008;

Motion hearing: September 25, 2008.

Date: August 5, 2008        By: _/s/ Claudia Wilken_
Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
*Valerie Zgonc v. The Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06359 CW*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following documents (Exhibit A):

**STIPULATION TO CONTINUE PRETRIAL AND HEARING DATES FOR ONE WEEK PENDING OUTCOME OF SETTLEMENT NEGOTIATIONS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel:   (415) 433-8000
Fax:   (415) 433-4816

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 5, 2008**, at San Francisco, California.

Nancy Li