```
 1  Terrence J. Coleman   (State Bar No. 172183)
    Brian H. Kim (State Bar No. 215492)
 2  PILLSBURY & LEVINSON, LLP
    The Transamerica Pyramid
 3  600 Montgomery Street, 31st Floor
    San Francisco, California 94111
 4  Telephone: (415) 433-8000
    Facsimile: (415) 433-4816
 5  E-mail:  tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
 6
 7  Attorneys for Plaintiff,
    VALERIE ZGONC
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALERIE ZGONC, | ) | Case No. CV 07-06359 CW |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| THE LIFE INSURANCE COMPANY OF NORTH AMERICA; THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN; THE VENTYX, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE THAT all parties to this action have settled this action in full through a confidential settlement and that it is expected a Stipulation for Dismissal will be filed within one week.

DATED: August 14, 2008                PILLSBURY & LEVINSON, LLP


By:_____/s/_____
    Brian H. Kim
    Attorneys for Plaintiff,
    VALERIE ZGONC