1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370
   Attorneys for Defendants
5  THE LIFE INSURANCE COMPANY
   OF NORTH AMERICA; THE INDUS
6  INTERNATIONAL, INC. LONG TERM
   DISABILITY PLAN; THE VENTYX, INC.
7  LONG TERM DISABILITY PLAN

8

   TERRENCE J. COLEMAN (SBN 172183)
9  BRIAN H. KIM (SBN 215492)
   PILLSBURY & LEVINSON, LLP
10 The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
11 San Francisco, California 94111
   Tel: (415) 433-8000 / Fax: (415) 433-4816
12
   Attorneys for Plaintiff
13 VALERIE ZGONC

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 VALERIE ZGONC,                         ) Case No.:  CV07-06359 CW
                                          )
19         Plaintiff,                     ) **STIPULATION OF DISMISSAL WITH**
                                          ) **PREJUDICE AND [PROPOSED]**
20    v.                                  ) **ORDER THEREON**
                                          )
21 THE LIFE INSURANCE COMPANY OF          )
   NORTH AMERICA; THE INDUS               )
22 INTERNATIONAL, INC. LONG TERM          )
   DISABILITY PLAN; THE VENTYX, INC.      )
23 LONG TERM DISABILITY PLAN; and         )
   DOES 1 through 20, inclusive,          )
24                                        ) Honorable Claudia Wilken
           Defendants.                    )
25 _____)

26     Plaintiff Valerie Zgonc ("plaintiff"), and defendants The Life Insurance Company of

27 North America ("LINA"), The Indus International, Inc. Long Term Disability Plan and The

28
   _____
                                      1
   **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
   USDC NDCA Case #CV07-06359 CW
   371809.1

Ventyx, Inc. Long Term Disability Plan (collectively referred herein as "defendants"), through their respective attorneys of record, Terrence J. Coleman, Esq. and Brian H. Kim, Esq., of Pillsbury & Levinson, LLP, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the claim. Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Date: August 26, 2008                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

                              By: _/s/ Dennis J. Rhodes_____
                                  Adrienne C. Publicover
                                  Dennis J. Rhodes
                                  Attorneys for Defendants
                                  THE LIFE INSURANCE COMPANY OF
                                  NORTH AMERICA; THE INDUS
                                  INTERNATIONAL, INC. LONG TERM
                                  DISABILITY PLAN; THE VENTYX,
                                  INC. LONG TERM DISABILITY PLAN

Date: August 26, 2008                    PILLSBURY & LEVINSON, LLP

                              By: _/s/ Terrence J. Coleman_____
                                  Terrence J. Coleman
                                  Brian H. Kim
                                  Attorneys for Plaintiff
                                  VALERIE ZGONC

## ORDER

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Date: August _____, 2008         By:_____
                                      Honorable Claudia Wilken
                                      UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
*Valerie Zgonc v. The Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06359 CW*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following documents:

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel:    (415) 433-8000
Fax:    (415) 433-4816

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 26, 2008**, at San Francisco, California.

_____
Nancy L.