ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370
Attorneys for Defendants
THE LIFE INSURANCE COMPANY
OF NORTH AMERICA; THE INDUS
INTERNATIONAL, INC. LONG TERM
DISABILITY PLAN; THE VENTYX, INC.
LONG TERM DISABILITY PLAN


TERRENCE J. COLEMAN (SBN 172183)
BRIAN H. KIM (SBN 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Tel: (415) 433-8000 / Fax: (415) 433-4816

Attorneys for Plaintiff
VALERIE ZGONC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ZGONC,<br><br>                Plaintiff,<br><br>        v.<br><br>THE LIFE INSURANCE COMPANY OF NORTH AMERICA; THE INDUS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN; THE VENTYX, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.:    CV07-06359 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br><br><br><br><br>Honorable Claudia Wilken |

Plaintiff Valerie Zgonc ("plaintiff"), and defendants The Life Insurance Company of North America ("LINA"), The Indus International, Inc. Long Term Disability Plan and The

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV07-06359 CW
371809.1

1  Ventyx, Inc. Long Term Disability Plan (collectively referred herein as "defendants"), through
2  their respective attorneys of record, Terrence J. Coleman, Esq. and Brian H. Kim, Esq., of
3  Pillsbury & Levinson, LLP, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser,
4  Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the
5  above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all
6  parties in its entirety pursuant to the parties' agreement to resolve the claim. Each party to bear
7  its own fees and costs.

**IT IS SO STIPULATED.**

Date:  August 26, 2008                    WILSON, ELSER, MOSKOWITZ,
                                                            EDELMAN & DICKER LLP


                                                   By:  */s/ Dennis J. Rhodes*
                                                            Adrienne C. Publicover
                                                            Dennis J. Rhodes
                                                            Attorneys for Defendants
                                                            THE LIFE INSURANCE COMPANY OF
                                                            NORTH AMERICA; THE INDUS
                                                            INTERNATIONAL, INC. LONG TERM
                                                            DISABILITY PLAN; THE VENTYX,
                                                            INC. LONG TERM DISABILITY PLAN


Date:  August 26, 2008                    PILLSBURY & LEVINSON, LLP


                                                   By:  */s/ Terrence J. Coleman*
                                                            Terrence J. Coleman
                                                            Brian H. Kim
                                                            Attorneys for Plaintiff
                                                            VALERIE ZGONC


**ORDER**

   The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Date:  August  29 , 2008           By: _____
                                                         Honorable Claudia Wilken
                                                         UNITED STATES DISTRICT COURT JUDGE

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV07-06359 CW
371809.1

**CERTIFICATE OF SERVICE**
*Valerie Zgonc v. The Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-06359 CW*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following documents:

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Terrence J. Coleman, Esq.
Brian H. Kim, Esq.
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel:    (415) 433-8000
Fax:   (415) 433-4816

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 29, 2008**, at San Francisco, California.

_____
Nancy Li